UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONDRA MARKEITH KEEL-HAYWOOD
#958405,

    Plaintiff,                                                            Case No. 1:25-cv-926

v.                                                                    HONORABLE PAUL L. MALONEY

UNION SUPPLY DIRECT GROUP,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on August 11, 2025.  On August 18, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend the complaint (ECF No. 7) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).  Should Plaintiff appeal this decision, the court should assess the $605.00 appellate filing fee pursuant to § 1915(b)(1).

    A Judgment will be entered consistent with this Order.


Dated:  September 19, 2025                                     /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge